**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TYLER JOHNSTON, Individually and on behalf of all others similarly situated, <br><br>                Plaintiff, <br><br>    v. <br><br> LIFEMD, INC., JUSTIN SCHREIBER, and MARC BENATHEN, <br><br>               Defendants. | Civil Action No. 2:25-cv-04761-JMA-JMW |

## JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404, Plaintiff Tyler Johnston ("Plaintiff") and Defendants LifeMD, Inc., Justin Schreiber, and Marc Benathen ("Defendants," and together with Plaintiff, the "Parties") hereby file this Joint Stipulation to Transfer Venue to the United States District Court for the Southern District of New York.

WHEREAS, on August 27, 2025, Plaintiff filed a Class Action Complaint for Violation of the Federal Securities Laws against Defendants in the above-captioned action (the "Action");

WHEREAS, transfer of this action is controlled by 28 U.S.C. § 1404(a), which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

WHEREAS, LifeMD, Inc.'s principal place of business is 236 Fifth Avenue, New York, NY 10001 and therefore this Action could have been brought in the Southern District of New York initially, making transfer to the Southern District of New York appropriate under 28 U.S.C. § 1404(a).

WHEREAS, the Parties agree that the Southern District of New York will be a more convenient venue for the majority of the parties and witnesses in this Action and that this supports transfer of this Action to the Southern District of New York;

WHEREAS, all parties in the Action consent to transfer to the Southern District of New York, also making transfer to the Southern District of New York appropriate under 28 U.S.C. § 1404(a);

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that upon approval of the Court, this Action be immediately transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York.

Dated: October 23, 2025

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim*
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
philkim@rosenlegal.com
lrosen@rosenlegal.com

Counsel for Plaintiff

*Signed with consent

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Michael G. Bongiorno
Michael G. Bongiorno
Tamar Kaplan-Marans
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
michael.bongorno@wilmerhale.com
tamar.kaplan-marans@wilmerhale.com

Counsel for Defendants

So ordered this <u>24</u> day of <u>October</u>, 2025.

/s/ James M. Wicks

The Honorable James M. Wicks
United States Magistrate Judge
