**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TYLER JOHNSTON, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>LIFEMD, INC., JUSTIN SCHREIBER, and MARC BENATHEN,<br><br>     Defendants. | Case No. 1:25-cv-09153-NRB<br><br>**DECLARATION OF LUCAS E. GILMORE IN FURTHER SUPPORT OF MOTION TO APPOINT GEHUI ZHAO AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |

I, Lucas E. Gilmore, declare as follows:

1. I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Gehui Zhao ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Reply in Further Support of his Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

  Exhibit F: Movant's Reply Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of November 2025, at San Diego, California.

          */s/ Lucas E. Gilmore*
          LUCAS E. GILMORE

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE