# Exhibit F

**REPLY DECLARATION OF GEHUI ZHAO IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Gehui Zhao, declare as follows:

1.      I have moved for appointment as Lead Plaintiff for the Class in the securities case brought against LifeMD, Inc. and certain of its executives, and I submit this Declaration in reply to respond directly to the arguments made in the opposition memorandum filed by competing movant Emilio Tagua (Dkt. No. 31).

2.      As set forth in my previously filed certification and declaration, I am aware of my responsibilities as a Lead Plaintiff under the Private Securities Litigation Reform Act of 1995 (PSLRA).

3.      As I acknowledged in my moving declaration, my primary language is Mandarin Chinese. However, I do not believe this fact would impede my ability to fulfill my duties to the Class or to meaningfully oversee Lead Counsel.

4.      I have lived and worked in the United States for two years, including working in sales of used cars. Prior to moving to the United States, I studied English, including at my university. I have sufficient comprehension of English to communicate with and direct my attorneys regarding the general strategy, key developments, and significant decisions in this case.

5.      Regarding the certification and declaration filed in support of my original motion, I confirm that I reviewed and understood the terms of those documents. The review process was conducted directly with Hagens Berman attorneys Lucas Gilmore and Helen Hsu, with Ms. Hsu, who is fluent in Mandarin, ensuring clarity of the terminology. I sought this review to give me comfort that these documents were accurate and that I fully understood the documents' contents before swearing under oath and penalty of perjury.  My attorneys and I conducted the same review process in completing this document.

011347-11/3350601 V2

Docusign Envelope ID: 4819E774-F25C-4EF4-B069-89B1BBD702AA

6. I understand that my role is to supervise and direct Lead Counsel. I commit to being actively involved in reviewing the case strategy, major filings, settlement proposals, and fee requests. I will require Lead Counsel to ensure that I understand all critical documents, whether through clear oral explanations, summaries, or by reviewing them directly with attorneys at Hagens Berman like Ms. Hsu in Mandarin, as needed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of November, 2025



GEHUI ZHAO

011347-11/3350601 V2