WILMERHALE

November 21, 2025

**By ECF**

**Michael G. Bongiorno**

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Johnston v. LifeMD, Inc. et al,* Case No. 1:25-cv-09153-NRB

Dear Judge Buchwald,

I write on behalf of Defendants LifeMD, Inc., Justin Schreiber, and Marc Benathen ("Defendants") in the above-captioned action to seek clarification regarding Defendants' deadline to answer or otherwise respond to the Complaint (ECF No. 1).  Prior to the transfer of the matter from the Eastern District of New York to the Southern District of New York, on October 23, 2025, Defendants and the named plaintiff, Tyler Johnston, filed a Joint Motion Regarding Defendants' Time to Respond to the Complaint (ECF No. 10) (the "Motion").  The Joint Motion sought an extension of Defendants' deadline until after the appointment of a Lead Plaintiff and Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B), because Defendants and Johnston anticipated that the Court-appointed Lead Plaintiff would file an amended complaint superseding the initial Complaint and that the extension would therefore preserve the parties' and the court's resources.

On October 24, 2025, the court in the Eastern District of New York granted the Motion. The court's docket entry stated, however, that Defendants were to answer or otherwise move against the Complaint on December 2, 2025, which was the date on which Defendants' answer/response was already due.  Counsel from WilmerHale contacted the clerk's office in the Eastern District of New York, which confirmed that the docket entry was an error, but that it could only be corrected by chambers.  The action was transferred to the Southern District of New York before counsel from WilmerHale could work with chambers to correct the entry, however, including because the action was reassigned after the parties' Joint Motion to Transfer Venue (ECF No. 11) was granted but before it was effected.

By this letter, Defendants respectfully request confirmation from the Court that their answer/response is not due on December 2, 2025, but rather following the submission of a scheduling stipulation by Defendants and Lead Plaintiff according to that stipulation, as contemplated by the Motion.

WILMERHALE

The Honorable Naomi Reice Buchwald
November 21, 2025
Page 2

        Prior to filing this letter, counsel for Defendants conferred with counsel from Glancy Prongay & Murray and Hagens Berman Sobol Shapiro LLP, which represent the remaining lead plaintiff movants.  Neither lead plaintiff movant opposes the relief requested herein.

Sincerely,

/s/ Michael G. Bongiorno

Michael G. Bongiorno
Tamar Kaplan-Marans
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
E-mail: michael.bongiorno@wilmerhale.com
      tamar.kaplan-marans@wilmerhale.com

Application granted.  The Court confirms that the defendants' answer/response is not due on December 2, 2025.  The Court will consider the scheduling stipulation signed by the parties, ECF No. 10, as the operative schedule.

**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 25, 2025